JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CARLOS PADILLA III,<br><br>                    Plaintiff,<br><br>          v.<br><br>STATE OF CALIFORNIA et al.,<br><br>                    Defendants. | ) Case No. SACV 16-1076-JFW (JPR)<br>)<br>)<br>)     **J U D G M E N T**<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

     IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: June 17, 2016

JOHN F. WALTER
U.S. DISTRICT JUDGE